BOROUGH OF MONTVALE, PLAINTIFF-PETITIONER, v. SALVATORE TUDISCO, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Randall & Randall* and *Mr. Robert E. McGuire* for the petitioner.

*Messrs. Back & Nussman* for the respondents.

July 1, 1966. Granted.

ISADORE WAKS, PLAINTIFF-RESPONDENT, v. MAIN MARK, INC., *ET ALS.*, DEFENDANTS-PETITIONERS.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Slaller, Doan & DeYoe* for the petitioners.

*Mr. Isadore Waks* and *Mr. Herbert Zelenko* for the respondent.

July 1, 1966. Denied.

MAE C. GIBBS, PLAINTIFF-PETITIONER, v. XAVIER BUDNICKI, DEFENDANT-RESPONDENT.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Slepacoff, Koch & Kroop* for the petitioner.

*Messrs. Toolan, Haney & Romond* for the respondent.

July 1, 1966. Denied.